## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRACY ALSTON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-03615-RJL |
| v. | ) |
| **EQUIFAX INFO. SVCS. LLC** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF

IT IS HEREBY DONE, on this 27th day of February, 2023, Plaintiff, Tracy Alston, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses his claims against Defendant Equifax Information Services, LLC, with prejudice, with each party to bear their own attorney's fees, costs and expenses incurred.

DATE: February 27, 2023

Respectfully submitted,

/s/Jeffery W. Styles
Jeffery W. Styles (Bar #475264)
Washington Legal Group, LLC
1001 Conn Ave NW #1138
Washington, DC 20036
(202) 503-1708
jstyles@washlegal@.com

*Counsel for Plaintiff Tracy Alston*

1